FILE COPY



# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-16-00010-CV

NORTHWEST INDEPENDENT SCHOOL DISTRICT, JOSH WRIGHT, MARK SCHLUTER, DEVONNA HOLLAND, JUDY COPP, ANN DAVIS-SIMPSON, MEL FULLER, LILLIAN RAUCH, AND KAREN G. RUE                    APPELLANTS

V.

CARROLL INDEPENDENT SCHOOL DISTRICT                    APPELLEE

------------

FROM THE 141ST DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 141-210251-05

------------

### NO. 02-16-00014-CV

IN RE NORTHWEST INDEPENDENT SCHOOL DISTRICT                    RELATOR

------------

ORIGINAL PROCEEDING
TRIAL COURT NO. 141-210251-05

------------

# ORDER

------------

We have considered the "Unopposed Motion To Consolidate" cause numbers 02-16-00010-CV and 02-16-00014-CV filed by appellee and real party in interest Carroll Independent School District. The motion is **GRANTED**.

Accordingly, the interlocutory appeal in cause number 02-16-00010-CV and the original proceeding in cause number 02-16-00014-CV are consolidated. The appeal and original proceeding will continue to bear their respective cause numbers, but the cases will be submitted together.

The appellants' brief in cause number 02-16-00010-CV is due **Tuesday, March 1, 2016**, and the appellee's brief will be due twenty days after the appellants' brief is filed. Additionally, should Carroll Independent School District wish to file a response to Northwest Independent School District's "Petition for Writ of Mandamus and/or Writ of Prohibition" in cause number 02-16-00014-CV, that response will be due on the same day as its appellee's brief in cause number 02-16-00010-CV. We will consider the record filed in cause number 02-16-00010-CV in both that cause number and number 02-16-000014-CV.

Any reply brief in cause number 02-16-00010-CV and any reply to a response filed in cause number 02-16-00014-CV will be due within twenty days after the appellee's brief, and original proceeding response if any, are filed.

FILE COPY

However, the court may consider and decide the case before a reply brief is filed. Tex. R. App. P. 38.3, 52.5.

On the court's own motion, this consolidated appeal and original proceeding will be submitted en banc. Requests for extensions will be disfavored so that these causes may be submitted as soon as practicable. *See* Tex. R. App. P. 38.6(d).

The clerk of this court is directed to transmit a copy of this order to the attorneys of record, the trial court judge, and the trial court clerk.

DATED February 10, 2016.

PER CURIAM